UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCIS S. COX, COLEMAN L. BARNEY, LONNIE G. VERNON,<br><br>　　　　　Defendants. | CASE NO. 3:11-CR-0022-RJB-DMS<br><br>**AMENDED** ORDER FOR TELPHONIC STATUS HEARING |

A telephonic status hearing is hereby set in the above-entitled case for **Thursday, April 14, 2011, at 10:00 a.m. Pacific Time, 9:00 a.m. Alaska Time, at the Anchorage courthouse**. A new trial date will be set at this hearing and any other procedural matters may be discussed. Counsel should arrange for the defendants to be on the conference call, and should discuss speedy trial issues with the defendants before the conference call.

The phone number for this call is: 1-877-873-8018; the access code is: 8392418; and the security code is: 5523.

1 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2 | to any party appearing *pro se* at said party's last known address.
3 | Dated this 12th day of April, 2011.

_____
ROBERT J. BRYAN
United States District Judge