KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
JOSEPH W. BOTTINI
YVONNE LAMOUREUX
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rom 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
          joe.bottini@usdoj.gov
          yvonne.lamoureux@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:11-cr-00022-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF FILING EXHIBIT** |
| vs. ) | **TO UNITED STATES'** |
| ) | **OPPOSITION TO** |
| FRANCIS SCHAEFFER COX, ) | **DEFENDANT COX'S MOTION** |
| COLEMAN L. BARNEY, and ) | **TO DISMISS COUNT 10** |
| LONNIE G. VERNON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States submits Exhibit 10 to its Government's Opposition to

Defendant Cox's Motion to Dismiss Count 10, filed at docket 211.

RESPECTFULLY SUBMITTED this 13th day of January, 2012, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Steven E. Skrocki
        STEVEN E. SKROCKI
        Assistant U.S. Attorney
        United States of America

        s/ Joseph W. Bottini
        JOSEPH W. BOTTINI
        Assistant U.S. Attorney
        United States of America

        s/ Yvonne Lamoureux
        YVONNE LAMOUREUX
        Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2011, a copy of the foregoing was served electronically on:

Nelson Traverso
Tim Dooley
M.J. Haden

s/ Steven E. Skrocki
Office of the U.S. Attorney

US v Cox, et al
3:11-cr-00022-RRB         2