**NELSON TRAVERSO**
**Law Office of Nelson Traverso**
312 Fifth Avenue
Fairbanks, Alaska 99701
Phone: 907-457-3307
Fax:    907-457-3308
Email: traverso.law@gmail.com

Attorney for Francis Schaeffer Cox

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS SCHAEFFER COX, COLEMAN L. BARNEY and LONNIE G. VERNON,<br><br>Defendant(s). | Case No. 3:11-CR-00022-RJB<br><br>**MOTION FOR PROTECTIVE ORDER AGAINST THE SUBMISSION OF TESTIMONY REGARDING AN ALLEGED "2-4-1 PLAN," A PLAN TO "OVERTHROW" THE GOVERNMENT, A "COMMON LAW COURT" AND ALL OTHER ACTIVITY ASSOCIATED WITH ALASKA ASSEMBLY POST AND ALASKA PEACEMAKERS MILITIA SINCE THESE ARE IRRELEVANT TO THE ISSUE OF POSSESSION** |

Francis Schaeffer Cox, through his attorney, Nelson Traverso, moves this

court for a protective order against the submission of testimony regarding an

alleged "2-4-1 plan," a plan to "overthrow" the government, a "common law court" and all other activity associated with Alaska Assembly Post and Alaska Peacemakers Militia since these are irrelevant to the issue of possession. A memorandum in support of this motion is also filed.

                                          LAW OFFICE OF NELSON TRAVERSO

01/13/2012                s/ Nelson Traverso
Date                        Attorney for Francis Schaeffer Cox

**CERTIFICATE OF SERVICE**
This certifies that on January 13, 2012,
a copy of the foregoing was served electronically on:

  -AUSAs J. Bottini, S. Skrocki & Y. Lamoureux
  -FPD M.J. Haden
  -Attorney T. Dooley

01/13/2012    s/ Portia K. Fenton
Date           Law Office of Nelson Traverso