UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANCIS SCHAEFFER COX, COLEMAN
BARNEY, and LONNIE VERNON,

    Defendants.

Case No. 3:11-CR-00022-RJB

VERDICT FORM

*Original*

**1.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

          (GUILTY) or NOT GUILTY (circle one)

of Conspiracy to Possess Unregistered Silencers and/or Destructive Devices, as charged in Count 1 of the indictment.

**2.** We, the Jury, find the defendant COLEMAN L. BARNEY

          (GUILTY or NOT GUILTY (circle one)

of Conspiracy to Possess Unregistered Silencers and/or Destructive Devices, as charged in Count 1 of the indictment.

**3.** We, the Jury, find the defendant LONNIE G. VERNON

          (GUILTY or NOT GUILTY (circle one)

of Conspiracy to Possess Unregistered Silencers and/or Destructive Devices, as charged in Count 1 of the indictment.

**4.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

          (GUILTY or NOT GUILTY (circle one)

of Possession of Unregistered Destructive Devices, that is, a combination of parts either designed or intended for use in converting any device into a destructive device and from which a destructive device may be readily assembled, specifically four hand grenades, as charged in Count 2 of the indictment.

**5.** We, the Jury, find the defendant COLEMAN L. BARNEY

GUILTY or NOT GUILTY (circle one)

of Possession of Unregistered Destructive Devices, that is, a combination of parts either designed or intended for use in converting any device into a destructive device and from which a destructive device may be readily assembled, specifically four hand grenades, as charged in Count 2 of the indictment.

**6.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Possession of an Unregistered Silencer, as charged in Count 3 of the indictment.

**7.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Possession of an Unregistered Machine Gun as charged in Count 4 of the indictment.

**8.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Illegal Possession of a Machine Gun, as charged in Count 5 of the indictment.

**9.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Making a Silencer, as charged in Count 6 of the indictment.

**10.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Carrying a Firearm, that is, a semi-automatic pistol, During and in Relation to a Crime of Violence, that is, the conspiracy charged in Count 1, as charged in Count 7 of the indictment.

**11.** We, the Jury, find the defendant COLEMAN L. BARNEY

GUILTY or NOT GUILTY (circle one)

of Carrying a Firearm, that is, one or more semi-automatic pistols, During and in Relation to a Crime of Violence, that is, the conspiracy charged in Count 1, as charged in Count 8 of the indictment.

1    **12.** We, the Jury, find the defendant COLEMAN L. BARNEY

2    GUILTY or NOT GUILTY (circle one)

3    of Possession of an Unregistered Destructive Device, that is, a 37 mm launcher loaded with a "hornet's

4    nest" anti-personnel round, as charged in Count 9 of the indictment

5

6    **13.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

     GUILTY or NOT GUILTY (circle one)

7
     of Possession of an Unregistered Destructive Device, that is, a "hornet's nest" anti-personnel round and
8
     associated 37 mm launcher, as charged in Count 10 of the indictment.
9

10   **14.** We, the Jury, find the defendant COLEMAN L. BARNEY

11   GUILTY or NOT GUILTY (circle one)

12   of Possession of an Unregistered Destructive Device, that is, four "hornet's nest" anti-personnel rounds

13   and two associated 37mm launchers, as charged in Count 11 of the indictment.

14

15   **15.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

     GUILTY or NOT GUILTY (circle one)
16
     of Conspiracy to Murder Officers and Employees of the United States, as charged in Count 12 of the
17
     indictment.
18

19   **16.** We, the Jury, find the defendant COLEMAN L. BARNEY

20   GUILTY or NOT GUILTY (circle one)

21   of Conspiracy to Murder Officers and Employees of the United States, as charged in Count 12 of the

22   indictment.

23

24   **17.** We, the Jury, find the defendant LONNIE G. VERNON

25   GUILTY or NOT GUILTY (circle one)

26   of Conspiracy to Murder Officers and Employees of the United States, as charged in Count 12 of the

     indictment.
27

28

**18.** We, the Jury, find the defendant COLEMAN L. BARNEY

GUILTY or NOT GUILTY (circle one)

of Carrying a Firearm, that is, a semi-automatic assault rifle, During and in Relation to a Crime of Violence, that is, the conspiracy charged in Count 12, as charged in Count 13 of the indictment.

**19.** We, the Jury, find the defendant LONNIE G. VERNON

GUILTY or NOT GUILTY (circle one)

of Carrying a Firearm, that is, a semi-automatic assault rifle, During and in Relation to a Crime of Violence, that is, the conspiracy charged in Count 12, as charged in Count 14 of the indictment.

**20.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Carrying a Firearm, that is, a handgun, During and in Relation to a Crime of Violence, that is, the conspiracy charged in Count 12, as charged in Count 15 of the indictment.

**21.** We, the Jury, find the defendant FRANCIS SCHAEFFER COX

GUILTY or NOT GUILTY (circle one)

of Solicitation of Others, that is, the defendants Barney and Vernon, and others, to Engage in the Murder of an Officer of the United States, as charged in Count 16 of the indictment.

Dated this _____18_____ day of _____June_____, 2012.

REDACTED SIGNATURE

_____

Presiding Juror