```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __FRANCIS SCHAEFFER COX__ CASE NO. __3:11-cr-00022-01-RJB__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:          ROBERT J. BRYAN

DEPUTY CLERK/RECORDER:         DENALI ELMORE

UNITED STATES' ATTORNEY:       STEVE SKROCKI / YVONNE LAMOUREUX

DEFENDANT'S ATTORNEY:          PETER CAMIEL

U.S.P.O.:                      CHARLENE HENSEL

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 8, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:27 a.m. court convened.

Notice of Appeal form given to defense counsel.

Court and counsel heard re defendant's objections to the Presentence Report. Court stated findings pursuant to sentencing guidelines.

Plaintiff's sentencing argument heard.

At 10:30 a.m. court recessed until 10:41 a.m.

Defendant's sentencing argument heard.

Defendant's allocution heard.

At 11:15 a.m. court recessed until 11:32 a.m.

Imprisonment for a period of __310 months.__ This is a term of 60 months on count 1sss; 120 months on counts 2sss-6sss and 10sss; 310 months on count 12sss; and 240 months on count 16sss of the Third Superseding Indictment; to be served concurrently to each other.

Defendant to forfeit his interest in the property to the United States as directed.

CONTINUED TO PAGE 2

DATE:     JANUARY 8, 2013         DEPUTY CLERK'S INITIALS:   DJE

CONTINUATION PAGE 2

U.S.A. v. FRANCIS SCHAEFFER COX
3:11-cr-00022-01-RJB
IMPOSITION OF SENTENCE
JANUARY 8, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Defendant placed on supervised release for a period of  5  years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

Special Assessment $900.00, due immediately.

Defendant remanded to the custody of the U.S. Marshal.

Court advised defendant of appeal rights.

Payment coupon given to defendant.

At 12:01 p.m. court adjourned.

DATE:     JANUARY 8, 2013         DEPUTY CLERK'S INITIALS:    DJE