IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:11-CR-00022-RJB |
| FRANCIS SHAEFFER COX, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Having duly considered the United States' Motion for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to order the following restrictions on "Protected Information," defined as: any of the following information, produced by the government in discovery after the Court's Order at docket 720, regarding any person other than the defendant:

1. A person's social security number;

2. A person's signature;

3. A person's residential or business address;

4. A person's birthdate; and

5. A person's phone number.

The Defense Team (*i.e.* the defendant, defense counsel, counsel's staff, and counsel's investigators) shall take reasonable precautions to prevent Protected Information from being disseminated to any person who is not a member of the Defense Team.

//

Further, the defendant may not possess Protected Information except in counsel's office or the courtroom. Accordingly, the Defense Team shall not allow the defendant to retain copies, printouts, or digital versions of discovery containing Protected Information.

However, the defendant may possess discovery in which Protected Information has been redacted.

IT IS SO ORDERED.

DATED this 26th day of April, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge