1  MICHAEL FILIPOVIC
   Federal Defender
2  ANN WAGNER
3  Assistant Federal Defender
   Attorneys for Francis Schaeffer Cox
4  FEDERAL PUBLIC DEFENDER FOR THE
   WESTERN DISTRICT OF WASHINGTON
5  1601 5th Avenue, Suite 700
6  Seattle, Washington 98101
   Phone: (206) 553-1100
7  Fax: (206) 553-0120
8  Email: Michael_Filipovic@fd.org
           Ann_Wagner@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR11-022-RJB |
| | ) | |
| Plaintiff, | ) | NOTICE OF ERRATA AND |
| | ) | CORRECTION TO DEFENDANT'S |
| v. | ) | RESENTENCING MEMORANDUM |
| | ) | AND EXHIBITS |
| FRANCIS SCHAEFFER COX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

Federal Defender Michael Filipovic, counsel for Francis Schaeffer Cox, provides this notice of errata and attaches a corrected version of Defendant's Resentencing Memorandum and Exhibits 1–41 for the following reasons:

On October 7, 2019, counsel for Mr. Cox filed Defendant's Resentencing Memorandum and Exhibits 1–40 (Dkts. 740–740-4). When the memorandum was converted from Word to PDF, irregularities in the font spacing appeared. And when counsel inserted a table of contents, the subsequent pagination changed so that it no

longer matched the footer page numbers later applied by the Court. In addition, counsel mistakenly included extra pages into Exhibit 35 while neglecting to attach Exhibit 41 (now provided). Lastly, a few minor misspellings, inconsistencies in wording, and cites to the exhibits have been addressed, but no new substantive arguments have been made nor old ones removed.

For these reasons, counsel for Mr. Cox respectfully requests that the Court substitute Defendant's Corrected Resentencing Memorandum and Exhibits 1–41 for the documents filed on October 7, 2019.

DATED this 10th day of October 2019.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Francis Schaeffer Cox

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2019, I electronically filed the foregoing document and attachments with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties of record.

s/ *Suzie Strait*
Paralegal