Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
Phone (206) 623-0291
Fax (206) 623-2186
Email: suzanne-elliott@msn.com

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-CR-00022-RJB |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AND END ELECTRONIC NOTICES VIA PACER |
| FRANCIS SCHAEFFER COX, | |
| Defendant. | |

Counsel was discharged as counsel for Mr. Schaeffer long ago. The Federal Public Defender now represents Mr. Cox. Counsel asks that an order of withdrawal *and an order removing me from electronic service of documents be entered.*

Dated this 10th day of October, 2019.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone (206) 623-0291
Fax (206) 623-2186
Email: Suzanne-elliott@msn.com

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify that on October 10, 2019, I filed foregoing document with the United States District Court's Electronic Case Filing

MOTION TO WITHDRAW - 1

Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

1 (CM/ECF) system, which will serve one copy by email on Assistant United States

2 Attorneys assigned to this matter.

3

4                                                    /s/ Suzanne Lee Elliott
                                                     Law Office of Suzanne Lee Elliott
5                                                    1300 Hoge Building
                                                     705 Second Avenue
6                                                    Seattle, Washington 98104
                                                     Phone: (206) 623-0291
7                                                    Fax: (206) 623-2186
                                                     Email: suzanne-elliott@msn.com
8

MOTION TO WITHDRAW - 2

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186