MICHAEL FILIPOVIC
Federal Defender
ANN WAGNER
Assistant Federal Defender
Attorneys for Francis Schaeffer Cox
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 5th Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Email: Michael_Filipovic@fd.org
        Ann_Wagner@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. CR11-022-RJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DEFENDANT'S NOTICE OF APPELLATE RIGHTS |
| FRANCIS SCHAEFFER COX, | ) | |
| Defendant. | ) | |

I, Francis Schaeffer Cox, the defendant in this case, have been advised of my right to appeal and the procedures related to filing a notice of appeal by my attorney, Federal Defender Michael Filipovic.

Dated: _11-7-19_

_____
Francis Schaeffer Cox, Defendant

Dated: _11-7-19_

_____
Michael Filipovic, Federal Defender

1

**CERTIFICATE OF SERVICE**

2      I certify that on November 8, 2019, I electronically filed the foregoing notice

3   with the Clerk of the Court using the CM/ECF system, which will send notification of

4   filing to all registered parties. I further certify I mailed a copy of the document to

5   Francis Schaeffer Cox at FDC SeaTac.

6                                    s/ *Suzie Strait*
                                     Paralegal
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26