MICHAEL FILIPOVIC
Federal Defender
ANN WAGNER
Assistant Federal Defender
Attorneys for Francis Schaeffer Cox
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 5th Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Email: Michael_Filipovic@fd.org
      Ann_Wagner@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-022-RJB |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF APPEAL |
| FRANCIS SCHAEFFER COX, | |
| Defendant. | |

NOTICE IS GIVEN that Francis Schaeffer Cox, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the amended judgment in a criminal case entered on November 5, 2019, including his conviction in count 12 for Conspiracy to Murder (Dkt. 765) and including the Court's denial of the defendant's motion for writ of audita querela (Dkt. 723).

Sentence imposed: 188 months

Name of court reporter: Barry Fanning

Transcript required: yes

1 | If yes, indicate date ordered or to be ordered: November 8, 2019

2 | DATED this 8th day of November 2019.

Respectfully submitted,

s/ *Michael Filpovic*
Federal Public Defender

s/ *Ann Wagner*
Assistant Federal Public Defender

Attorneys for Francis Schaeffer Cox

# CERTIFICATE OF SERVICE

I certify that on November 8, 2019, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties. I further certify I mailed a copy of the document to Francis Schaeffer Cox at FDC SeaTac.

s/ *Suzie Strait*
Paralegal