

115 Cimmaron Court
Cary, NC 27511
November 1, 2019

The Honorable Judge Robert J. Bryan
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

Your Honor:

May it please the Court. Please allow me to write to support a reduction in sentence of Schaeffer Cox. While not related to nor associated with Mr. Cox or his family in any way, I have followed his case for many years and have supported his legal defense with my personal funds. I pray the Court and Your Honor will be as lenient as possible and return Mr. Cox to his wife and two children at the earliest possible date. Showing extraordinary mercy in Mr. Cox's case is overwhelmingly and sorely needed!

I welcome Your Honor to contact me directly for any confirmation or questions the Court may have.

I have the honor to remain,

Sincerely,

(The Honorable Rev. Dr.) Stanley Michael Latta, COL (Ret.) Appointed NC official for over 30 years
Recipient: Daily Point of Light Award, Kentucky Colonel, and President's *Call To Service* Award


Cc: Mr. Shaeffer Cox, c/o Shaeffer's Angels



RALEIGH NC 275
Research Triangle Region
04 NOV 2019 PM 3 L

The Honorable George Robert J. Bryan
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

98402-280627



S. Latta
115 Cimmaron Ct.
Cary, NC 27511



**STATE OF NORTH CAROLINA**
**OFFICE OF THE GOVERNOR**

# DR. S M LATTA

COMMISSIONER
NC COMMISSION ON VOLUNTEERISM AND COMMUNITY SERVICE

IBM CORPORATION
PO Box 12195
RTP, NC 27709



OFFICE 919-254-4220
SLATTA@US.IBM.COM