| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | NOV 01 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

FRANCIS SCHAEFFER COX,

      Defendant - Appellant.

No. 19-30254

D.C. No. 3:11-cr-00022-RJB-1
U.S. District Court for Alaska, Anchorage

**MANDATE**

The judgment of this Court, entered October 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                          FOR THE COURT:

                          MOLLY C. DWYER
                          CLERK OF COURT

                          By: Rebecca Lopez
                          Deputy Clerk
                          Ninth Circuit Rule 27-7