UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANCES SCHAEFFER COX,<br><br>　　　　　　　　Defendant. | CASE NO. CR11-022-RJB<br><br>ORDER GRANTING RENEWED MOTION TO MODIFY CONIDTIONS OF SUPERVISION |

This matter comes before the Court on Defendant Francis Schaeffer Cox's renewed motion to modify conditions of supervision (Dkt. 832). The Court has considered the motion and the records in this case. Plaintiff United States of America has not responded.

IT IS ORDERED that the motion is GRANTED. The requirement that Mr. Cox obtain probation-approved mental health treatment is removed. All other conditions of supervision shall remain in place.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 16th day of September, 2024.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge